```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08438
   SHELBY B BROWN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3689

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/08/2007 and was confirmed 08/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.03%.

     The case was dismissed after confirmation 01/07/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
MONTEREY FINANCIAL         SECURED            1155.00             .00         807.01
MONTEREY FINANCIAL         UNSECURED           362.54             .00            .00
KEITH S SHINDLER           NOTICE ONLY     NOT FILED              .00            .00
AMERICAN HONDA FINANCE C   SECURED VEHIC    11200.00           619.70        8218.16
AMERICAN HONDA FINANCE C   UNSECURED         12620.66             .00            .00
ALL AMERICAN CASH ADVANC   UNSECURED       NOT FILED              .00            .00
ALLIANCE ONE               UNSECURED       NOT FILED              .00            .00
AMERICAN COLLECTION        UNSECURED       NOT FILED              .00            .00
TCF BANK                   NOTICE ONLY     NOT FILED              .00            .00
ARGENT II                  UNSECURED       NOT FILED              .00            .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED              .00            .00
BALLYS CHICAGO HEALTH CL   UNSECURED       NOT FILED              .00            .00
BLACK EXPRESSIONS          UNSECURED       NOT FILED              .00            .00
BROTHER LOAN & FINANCE     UNSECURED           596.55             .00            .00
CHECK INTO CASH            UNSECURED       NOT FILED              .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED              .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY     NOT FILED              .00            .00
COMCAST                    UNSECURED       NOT FILED              .00            .00
CREDIT PROTECTION          NOTICE ONLY     NOT FILED              .00            .00
CORUS BANK                 UNSECURED       NOT FILED              .00            .00
DEBT CREDIT SERVICES       UNSECURED       NOT FILED              .00            .00
DIRECT TV                  UNSECURED       NOT FILED              .00            .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED              .00            .00
D PATRICK MULLARKEY        NOTICE ONLY     NOT FILED              .00            .00
D PATRICK MULLARKEY        NOTICE ONLY     NOT FILED              .00            .00
D PATRICK MULLARKEY        NOTICE ONLY     NOT FILED              .00            .00
D PATRICK MULLARKEY        NOTICE ONLY     NOT FILED              .00            .00
D PATRICK MULLARKEY        NOTICE ONLY     NOT FILED              .00            .00
DISTRICT COUNSEL           NOTICE ONLY     NOT FILED              .00            .00
DISTRICT COUNSEL           NOTICE ONLY     NOT FILED              .00            .00
DISTRICT COUNSEL           NOTICE ONLY     NOT FILED              .00            .00
DISTRICT COUNSEL           NOTICE ONLY     NOT FILED              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 08438 SHELBY B BROWN
```

```
DISTRICT COUNSEL            NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
D PATRICK MULLARKEY         UNSECURED      NOT FILED                   .00            .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED                   .00            .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED                   .00            .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED                   .00            .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED                   .00            .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED                   .00            .00
DISTRICT COUNSEL            NOTICE ONLY    NOT FILED                   .00            .00
DISTRICT COUNSEL            NOTICE ONLY    NOT FILED                   .00            .00
DISTRICT COUNSEL            NOTICE ONLY    NOT FILED                   .00            .00
DISTRICT COUNSEL            NOTICE ONLY    NOT FILED                   .00            .00
DISTRICT COUNSEL            NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
INTERNAL REVENUE SERVICE    UNSECURED      NOT FILED                   .00            .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED                   .00            .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED                   .00            .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED                   .00            .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED                   .00            .00
DISTRICT COUNSEL            NOTICE ONLY    NOT FILED                   .00            .00
DISTRICT COUNSEL            NOTICE ONLY    NOT FILED                   .00            .00
DISTRICT COUNSEL            NOTICE ONLY    NOT FILED                   .00            .00
DISTRICT COUNSEL            NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
INTERNAL REVENUE SERVICE    UNSECURED        40626.61                  .00            .00
D PATRICK MULLARKEY         NOTICE ONLY    NOT FILED                   .00            .00
DISTRICT COUNSEL            NOTICE ONLY    NOT FILED                   .00            .00
UNITED STATES ATTORNEY      NOTICE ONLY    NOT FILED                   .00            .00
DREYER MEDICAL CLINIC       UNSECURED      NOT FILED                   .00            .00
DUPAGE COUNTY               UNSECURED      NOT FILED                   .00            .00
HANCOCK COUNTY STATES AT    NOTICE ONLY    NOT FILED                   .00            .00
DZUNG NGUYEN                UNSECURED      NOT FILED                   .00            .00
EMERGENCY TREATMENT         UNSECURED      NOT FILED                   .00            .00
EMERGENCY TREATMENT         UNSECURED      NOT FILED                   .00            .00
EMERGENCY TREATMENT SC      UNSECURED      NOT FILED                   .00            .00
ENTERPRISE RENTAL           UNSECURED      NOT FILED                   .00            .00
EXPRESS CREDIT COMPANY      UNSECURED      NOT FILED                   .00            .00
FAST CASH                   UNSECURED      NOT FILED                   .00            .00
```

                       PAGE  2 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 08438 SHELBY B BROWN

```
PREMIER BANCARD CHARTER   UNSECURED        304.93           .00           .00
GINNYS                    UNSECURED        252.64           .00           .00
HARVARD COLLECTION SERVI  NOTICE ONLY   NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED        351.91           .00           .00
HAWTHORNE CREDIT UNION    UNSECURED     NOT FILED           .00           .00
HEALTH SOUTH              UNSECURED     NOT FILED           .00           .00
HSBC NV                   UNSECURED     NOT FILED           .00           .00
HSBC NV                   UNSECURED     NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED       1419.26           .00           .00
JOLIET ORTHOPEDIC SPORTS  UNSECURED     NOT FILED           .00           .00
KCA FINANCIAL SERVICES    UNSECURED     NOT FILED           .00           .00
KOHLS                     UNSECURED     NOT FILED           .00           .00
CPS SECURITY              NOTICE ONLY   NOT FILED           .00           .00
LAKEVIEW TOWNHOMES        UNSECURED     NOT FILED           .00           .00
MARIA HOUSE               UNSECURED     NOT FILED           .00           .00
MCI                       UNSECURED     NOT FILED           .00           .00
MEDICAL COLLECTION SYSTE  UNSECURED     NOT FILED           .00           .00
MEDICAL RECOVERY SPECIAL  UNSECURED     NOT FILED           .00           .00
MEIJER                    UNSECURED     NOT FILED           .00           .00
DUPAGE COUNTY             NOTICE ONLY   NOT FILED           .00           .00
MEIJER                    UNSECURED     NOT FILED           .00           .00
DUPAGE COUNTY             NOTICE ONLY   NOT FILED           .00           .00
MEIJER                    UNSECURED     NOT FILED           .00           .00
DUPAGE COUNTY             NOTICE ONLY   NOT FILED           .00           .00
MEIJER                    UNSECURED     NOT FILED           .00           .00
DUPAGE COUNTY             NOTICE ONLY   NOT FILED           .00           .00
MEIJER                    UNSECURED     NOT FILED           .00           .00
DUPAGE COUNTY             NOTICE ONLY   NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        979.59           .00           .00
NICOR GAS                 UNSECURED        821.77           .00           .00
NICOR GAS                 UNSECURED     NOT FILED           .00           .00
NICOR GAS                 UNSECURED     NOT FILED           .00           .00
PLAINS COMMERCE BANK      UNSECURED     NOT FILED           .00           .00
PROVENA MERCY CENTER      UNSECURED     NOT FILED           .00           .00
PROVENA MERCY CENTER      UNSECURED     NOT FILED           .00           .00
KCA FINANCIAL SERVICES    UNSECURED     NOT FILED           .00           .00
PELLETTIERI & ASSOC       NOTICE ONLY   NOT FILED           .00           .00
SAFEWAY                   NOTICE ONLY   NOT FILED           .00           .00
COPLEY MEMORIAL HOSPITAL  UNSECURED     NOT FILED           .00           .00
COPLEY MEMORIAL HOSPITAL  UNSECURED     NOT FILED           .00           .00
COPLEY MEMORIAL HOSPITAL  UNSECURED     NOT FILED           .00           .00
RUSH COPLEY MEMORIAL HOS  UNSECURED     NOT FILED           .00           .00
SAFEWAY                   UNSECURED     NOT FILED           .00           .00
AT & T BANKRUPCTY         UNSECURED     NOT FILED           .00           .00
AT & T BANKRUPCTY         UNSECURED     NOT FILED           .00           .00
CBA COLLECTION BUREAU OF  NOTICE ONLY   NOT FILED           .00           .00
SPRINT-NEXTEL CORP        UNSECURED        502.03           .00           .00
```

```
WEST ASSET MANAGEMENT      NOTICE ONLY    NOT FILED               .00           .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         543.22               .00           .00
WEST ASSET MANAGEMENT      NOTICE ONLY    NOT FILED               .00           .00
TFC BANKING & SERVICE      UNSECURED      NOT FILED               .00           .00
H&F LAW                    NOTICE ONLY    NOT FILED               .00           .00
TELECHECK                  UNSECURED      NOT FILED               .00           .00
PIZZA HUT                  NOTICE ONLY    NOT FILED               .00           .00
TELECHECK                  UNSECURED      NOT FILED               .00           .00
CARSON PIRIE SCOTT         NOTICE ONLY    NOT FILED               .00           .00
TELECHECK                  UNSECURED      NOT FILED               .00           .00
CARSON PIRIE SCOTT         NOTICE ONLY    NOT FILED               .00           .00
TELECHECK                  UNSECURED      NOT FILED               .00           .00
CARSON PIRIE SCOTT         NOTICE ONLY    NOT FILED               .00           .00
TELECHECK                  UNSECURED      NOT FILED               .00           .00
CARSON PIRIE SCOTT         NOTICE ONLY    NOT FILED               .00           .00
TELECHECK SERVICES         UNSECURED      NOT FILED               .00           .00
THE GABLES MANAGEMENT      UNSECURED      NOT FILED               .00           .00
COUNTRY DOOR               UNSECURED         848.19               .00           .00
DREYER MEDICAL CLINIC SC   UNSECURED         446.00               .00           .00
UNITED CASH                UNSECURED      NOT FILED               .00           .00
US CELLULAR                UNSECURED      NOT FILED               .00           .00
VERIZON WIRELESS           UNSECURED        1432.19               .00           .00
VOICE STREAM WIRELESS      UNSECURED      NOT FILED               .00           .00
FIRST REVENUE ASSURANCE    NOTICE ONLY    NOT FILED               .00           .00
AMERICREDIT FINANCIAL SV   SECURED NOT I   19427.49               .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         9963.57               .00           .00
MONTEREY FINANCIAL SERVI   UNSECURED            .00               .00           .00
MONTEREY FINANCIAL SERVI   SECURED NOT I     481.76               .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         224.63               .00           .00
ROUNDUP FUNDING LLC        SECURED NOT I       .00               .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          38.85               .00           .00
EMERGE MASTERCARD          FILED LATE        305.01               .00           .00
MEDICAL COLLECTION SYSTE   UNSECURED      NOT FILED               .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED      NOT FILED               .00           .00
KCA FINANCIAL SERVICES     NOTICE ONLY    NOT FILED               .00           .00
TIMOTHY K LIOU             DEBTOR ATTY      2,826.20                            .00
TOM VAUGHN                 TRUSTEE                                           756.09
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 10,400.96

PRIORITY                                           .00
SECURED                                       9,025.17
    INTEREST                                    619.70
UNSECURED                                          .00

              PAGE  4 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08438 SHELBY B BROWN
```

```
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                             756.09
DEBTOR REFUND                                                       .00
                                        ---------------   ---------------
TOTALS                                        10,400.96         10,400.96
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
  Dated: 03/05/09                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE